**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GILBERT RIOS,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:11-cv-1242-Orl-22GJK**

**STATE OF FLORIDA,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) filed on July 27, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied, and that the case be dismissed as frivolous. Specifically, the Magistrate Judge found that the Eleventh Amendment to the United States Constitution is an absolute bar to claims for damages against the States in federal court.

After an independent *de novo* review of the record in this matter, including the Confidential Investigative Report (S-3)[1], Sworn Statement Witness List (S-4)[2], and Plaintiff's Request to Open this Case (Doc. No. 9), the Court agrees entirely with the findings of fact and

---

[1] This document was sealed because it contained the names and ages of minors.

[2] This document was sealed because it contained the names of minors and the social security number of an affiant.

conclusions of law in the Report and Recommendations. Plaintiff has failed to demonstrate that this Court has jurisdiction over this matter.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 7, 2011 (Doc. No. 7) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion/ Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is DENIED.

3. This case is hereby DISMISSED.

4. The Clerk is directed to CLOSE the file

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 1, 2011.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Gilbert Rios, *pro se*