# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GILBERT RIOS,**

     **Plaintiff,**

**-vs-**                 **Case No. 6:11-cv-1242-Orl-22GJK**

**STATE OF FLORIDA,**

     **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion for Permission to Appeal *In Forma Pauperis* (Doc. No. 12) filed on November 21, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied, and to certify that the appeal is not taken in good faith.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 21, 2011 (Doc. No. 13) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Permission to Appeal *In Forma Pauperis* (Doc. No. 12) is DENIED.

    3.    The Court hereby CERTIFIES that the appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 12, 2011.

Copies furnished to:

Gilbert Rios, *pro se*
Clerk, Eleventh Circuit Court of Appeals

                                                        ANNE C. CONWAY
                                                        United States District Judge